Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
(310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bradford Perry, individually and doing business as STARFIELDSTUDIO,<br><br>Plaintiff,<br><br>v.<br><br>THE FOODPORN GROUP PTY LTD, an Australia Proprietary Limited Company, doing business as FOODPORN; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:24-cv-02196-CBM-SKx<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Bradford Perry and Defendant The Foodporn Group Pty Ltd., by and through their respective counsel, hereby stipulate that the above-referenced case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

Dated: October 23, 2024

Respectfully submitted,

**DONIGER / BURROUGHS**

By: */s / Stephen M. Doniger*
   Stephen M. Doniger

Stephen M. Doniger
email: stephen.doniger@donigerlawfirm.com
Kelsey M. Schultz
email: kschultz@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, CA 90291
Tel: (310) 590-1820

*Attorneys for Bradford Perry*

Dated: October 23, 2024

**KELLY IP, LLP**

By: */s /Jason M. Joyal*
   Jason M. Joyal

Jason M. Joyal
email: jason.joyal@kelly-ip.com
**KELLY IP, LLP**
1300 19th Street, NW, Suite 420
Washington, DC 20036
Tel: (202) 808-3570

*Attorneys for The Foodporn Group Pty Ltd.*

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.