UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 24-2196-CBM(SKx) | Date | OCTOBER 28, 2024 |
|---|---|---|---|
| Title | Bradford Perry v. The Foodporn Group Pty Ltd. et al | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Stipulation [15] re: dismissal with prejudice, filed on October 23, 2024, it is hereby ordered that this action is hereby dismissed with prejudice.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.   All pending motions and hearings are hereby taken off calendar and vacated.

IT IS SO ORDERED.


cc: all parties